## CLEARE ag[t] PAINE

John Cleare junio[r] plaint. ag[t] Moses Paine Senio[r] Defend[t] in an action of the case for witholding of a legacie given to Elizabeth the

now wife of the s^d Cleare per her GrandFather the late Rev^d m^r W^m Coleborn dec^d greatly to the damage of the s^d Cleare with all other due damages according to attachm^t Dat^d 19° 2^mo 1676. . . . The Jury . . . founde for the Defend^t costs of Court.